**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                    **4:15CR00302-03-BRW**

**DAMIEN BANK**

### ORDER

Defendant's Motion to Withdraw as Retained Counsel (Doc. No. 43) is GRANTED. Based on the December 8, 2015 financial affidavit and the fact that he's been detained, it appears that Defendant is unable to afford counsel.[1]  Accordingly, James W. Wyatt is appointed as counsel of record for Defendant. The Clerk is directed to make this substitution on the Court's docket.

IT IS SO ORDERED this 28th day of January, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 6 and 17.